FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 3 1 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

Georgina Asantewa

       Defendant.

- - - - - - - - - - - - - - - -X

O R D E R

04-CR-0618 (JBW)

Defendant having established that he is entitled to the return of his property, and the government having no objection to the return of defendant's property, it is hereby ordered that the United States Customs Service return to defendant the property listed on the attached inventory form. Defendant has provided the United States Customs Service with the name and address of a party to whom the property can be sent on the attached property form. The United States Customs Service is directed to send the property to the person designated within three (3) weeks of the date of this Order.

Dated: Brooklyn, New York
       5/23, 2005

                                    The Honorable Jack B. Weinstein
                                    United States District Judge
                                    Eastern District of New York



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F#2004R01330  Mailing Address: 147 Pierrepont Street, 15th Floor
Brooklyn, New York 11201

May 24, 2005

The Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Georgina Asantewa
Criminal Docket No. 04-CR-0618 (JBW)

Dear Judge Weinstein:

The defendant has requested that his seized property be shipped to an address in The Republic of Ghana. To effectuate the defendant's request, we respectfully submit the enclosed proposed order directing the U.S. Customs Service to ship defendant's property within three (3) weeks.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: /s/ Vanessa E. Sander
Vanessa E. Sander
Paralegal Specialist
(718) 254-6231

encl.